LOVERINE A. HOUSE, Respondent, v. THE CITY OF NEW YORK, Appellant. — Orders unanimously affirmed, with one bill of costs. No opinion. Present— Thomas, Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of the PUBLIC SERVICE COMMISSION for the First District of the State of New York, Acting for and on Behalf of the City of New York, etc., Relative to Acquiring an Estate in Fee Simple, etc., Eastern Parkway Line. THE CITY OF NEW YORK, Appellant; SIMON J. HARDING and Another, Respondents.— Final order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

MARY PRISK, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Plaintiff's case is that after the defendant's car was stopped by her pulling of the signal cord after the conductor had disregarded her request to stop other than at the regular stopping place close at hand, she was not afforded a reasonable opportunity to alight before the car was started again. Her uncorroborated testimony is contradicted by the conductor and by the passenger Kalem, who testify that plaintiff attempted to alight while the car was in motion; and her testimony is contrary to that of the passenger Lansen, who testifies that he saw plaintiff falling from the car while it was moving. The learned judge who presided at the trial declared that he was dissatisfied with the verdict as contrary to the weight of the evidence, but did not afford relief. We, too, are dissatisfied, and, therefore, order a new trial. Judgment and order of the County Court of Westchester county reversed and new trial ordered, costs to abide the event. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP FRASCO, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

MARY WEEKS, Respondent, v. CHARLES A. KINDBERG, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

LINA ALLIS, Respondent, v. JOHN ALLIS, Appellant.— Motion granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ. Order to be settled before Mr. Justice Jaycox.

WALLACE BEATTY, Individually and as Temporary Administrator, etc., and Another, Appellants, v. JESSE E. READ and Another, Respondents.— Motion to dismiss appeal granted, unless appellants perfect their appeal, place the case on the December calendar and be ready for argument when reached. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

HARRY COHEN, Respondent, v. JACOB GREENBERG, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Jaycox, JJ.